**96–2154.   State ex rel. Oberer Dev. Co. v. Montgomery Cty. Bd. of Elections.**
Montgomery App. No. 16075.   This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Montgomery County.   Upon consideration of appellees/cross-appellants' motion for leave to file reply brief in support of cross-appeal,

IT IS ORDERED by the court that the motion for leave to file reply brief in support of cross-appeal be, and hereby is, granted, and the fourth brief pursuant to S.Ct.Prac.R. VI(4)(D) shall be filed by the appellees/cross-appellants within three days after the filing of the third brief.

## MISCELLANEOUS DISMISSALS

**95–425.   State ex rel. S.E. Johnson Cos., Inc. v. Indus. Comm.**
In Mandamus.   This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**96–2230.   Thomas v. Monroe Cty. Jail Facility.**
In Habeas Corpus.   This cause originated in this court on the filing of a petition for a writ of habeas corpus and was considered in a manner prescribed by law.   Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.

*Tuesday, October 8, 1996*

## MERIT DOCKET

**96–2067.   State ex rel. Purdy v. Clermont Cty. Bd. of Elections.**
Expedited Election Matter.
Writ denied, consistent with the opinion to follow.

Douglas, Resnick, F.E. Sweeney and Stratton, JJ., concur.

Moyer, C.J., Pfeifer and Cook, JJ., dissent.

## MOTION DOCKET

**96–2042.   State ex rel. Stevenson v. Fuerst.**
On September 5, 1996, relator filed a complaint in mandamus that was filed and docketed as case No. 96–2042.   On September 6, 1996, relator filed a complaint in mandamus that was filed and docketed as case No. 96–2048.   It appearing to the court that the documents filed in case No. 96–2048 are duplicates of the documents filed in case No. 96–2042,

IT IS ORDERED by the court, *sua sponte*, that case No. 96–2048 be, and hereby is, dismissed. The court will proceed to consider case No. 96–2042 pursuant to S.Ct.Prac.R. X(5).